UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HIGHLINE RESIDENTIAL, LLC,
Individually and as the
representative of a class of
similarly situated persons,

    Plaintiff,

    -v-

MSS GOLDEN EAGLE CONSTRUCTION
USA CO., INC., RAGHBIR SINGH, and
JOHN DOES 1-10

    DefendantS.
------------------------------------x

18-cv-6813 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated. All deadlines and conferences are adjourned.

    SO ORDERED

Dated:   New York, NY
          August 22, 2018

                                      JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: